FILED
2025 Jul-01  AM 08:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION**

**JASON M. ALLEN,**
    Plaintiff,

**v.**

**Case No. 4:23-cv-1599-CLM-HNJ**

**WARDEN ADAM RIDDLE, et al.,**
    Defendants.

## MEMORANDUM OPINION

The magistrate judge has entered a report, recommending the court dismiss this case under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted and for seeking monetary relief from defendants who are immune from such relief. (Doc. 24). The magistrate judge advised Plaintiff Jason M. Allen of his right to file written objections within 14 days, but the court has not received any objections.

After considering the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), the court will dismiss this case without prejudice for failing to state a claim upon which relief can be granted and for seeking monetary relief from defendants who are immune from suit.

The court will enter a separate final judgment that closes this case.

**Done** on July 1, 2025.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE